## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRANSOURCE PENNSYLVANIA, LLC,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **No.  1:21-CV-1101** |
| **v.** | : | |
| | : | **Judge Wilson** |
| **GLADYS BROWN DUTRIEUILLE,** | : | |
| **DAVID W. SWEET, JOHN F.** | : | **Electronically Filed Document** |
| **COLEMAN, RALPH V. YANORA** | : | |
| *and* **PENNSYLVANIA PUBLIC** | : | *Complaint Filed 06/22/21* |
| **UTILITY COMMISSION,** | : | |
| **Defendants** | : | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Gladys Brown Dutrieuille, David W. Sweet, John F. Coleman, Ralph V. Yanora, and the Pennsylvania Public Utility Commission (collectively, "Defendants"), by and through their undersigned counsel, hereby move to to dismiss the Complaint in this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

A brief in support of this motion is being filed concurrently.

Date:  July 23, 2021                        Respectfully submitted,


By:   *s/ Alexander T. Korn*
    **ALEXANDER T. KORN**        **ASPASSIA V. STAEVSKA**
    **Deputy Attorney General**     **Assistant Counsel**
    **Attorney ID 323957**        **Attorney ID 94739**
    **akorn@attorneygeneral.gov**    **astaevska@pa.gov**

    **MARY KATHERINE YARISH**    **JOSEPH P. CARDINALE**
    **Deputy Attorney General**     **Assistant Counsel**
    **Attorney ID 328843**        **Attorney ID 308140**
    **myarish@attorneygeneral.gov**    **jcardinale@pa.gov**

    **Office of Attorney General**     **KRISS E. BROWN**
    **15th Floor, Strawberry Square**  **Deputy Chief Counsel**
    **Harrisburg, PA 17120**       **Attorney ID 89036**
    **Phone: (717) 712-2037**       **kribrown@pa.gov**

                                 **Pennsylvania Public Utility**
                                 **Commission**
                                 **PO Box 3265**
                                 **Harrisburg, PA 17105-3265**
                                 **Phone: (717) 425-7403**


    **Counsel for Defendants**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRANSOURCE PENNSYLVANIA, LLC,** | : | |
| **Plaintiff** | : | |
| | : | **No.  1:21-CV-1101** |
| **v.** | : | |
| | : | **Judge Wilson** |
| **GLADYS BROWN DUTRIEUILLE, DAVID W. SWEET, JOHN F. COLEMAN, RALPH V. YANORA** *and* **PENNSYLVANIA PUBLIC UTILITY COMMISSION,** | : | **Electronically Filed Document** |
| | : | |
| | : | *Complaint Filed 06/22/21* |
| | : | |
| | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Alexander T. Korn, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 23, 2021, I caused to be served a true and correct copy of the foregoing document titled Defendants' Motion to Dismiss the Complaint to the following:

## VIA ELECTRONIC FILING

**Allison N. Douglis, Esquire**
**Jenner & Block LLP**
**919 Third Avenue, 39th Floor**
**New York, NY  10022**
**adouglis@jenner.com**
*Counsel for Plaintiff*

**Erin R. Kawa, Esquire**
**James J. Jutz, Esquire**
**Lindsay Berkstresser, Esquire**
**Post & Schell, PC**
**17 North Second Street, 12th Floor**
**Harrisburg, PA  17101**
**ekawa@postschell.com**
**jkutz@postschell.com**
**lberkstresser@postschell.com**
*Counsel for Plaintiff*

**Matthew Price, Esquire**
**Jenner & Block LLP**
**1099 New York Avenue, NW**
**Suite 900**
**Washington, DC  20001-4412**
**mprice@jennercom**
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　*s/ Alexander T. Korn*
　　　　　　　　　　　　　　　**ALEXANDER T. KORN**
　　　　　　　　　　　　　　　Deputy Attorney General