IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSOURCE PENNSYLVANIA, LLC, | : | Civil No. 1:21-CV-01101 |
| Plaintiff, | : | |
| v. | : | |
| STEVEN M. DEFRANK, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of December 2023, for the reasons provided in the accompanying memorandum, **IT IS ORDERED** as follows:

1) Defendants' motion for summary judgment is **DENIED**. (Doc. 146.)

2) Plaintiff's motion for summary judgment is **GRANTED**. (Doc. 156.)

3) The Clerk of Court is directed to enter **JUDGMENT** in favor of Plaintiff with respect to **Counts I and II** of the complaint for its federal preemption and dormant Commerce Clause claims.

4) The Clerk of Court is directed to **CLOSE** this case.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Judge
                                              Middle District of Pennsylvania